**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Denise Lee Stauffer                          CHAPTER 13
   Deborah Anne White -Stauffer
    Debtor(s)                          BKY. NO. 24-11844 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and
index same on the master mailing list.

       Respectfully submitted,

     /s/ *Denise Carlon*
     PA Eastern BK
     05 Jun 2024, 14:39:01, EDT

     KML Law Group, P.C.
     701 Market Street, Suite 5000
     Philadelphia, PA 19106-1532
     (215) 627-1322