# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Dennis Lee Stauffer**
**Deborah Anne White -Stauffer**

Case No. _____

Chapter **13**

Debtor(s)

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Dennis Lee Stauffer**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

■      I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐      I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐      I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I, **Deborah Anne White -Stauffer**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☒      I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐      I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐      I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **May 28, 2024**

Signature _~Dennis Lee Stauffer~_
**Dennis Lee Stauffer**
Debtor

Date **May 28, 2024**

Signature _~Deborah Anne White Stauffer~_
**Deborah Anne White -Stauffer**
Joint Debtor