IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re, | Bankruptcy No. 24-11844-amc |
|---|---|
| DENNIS LEE STAUFFER<br>DEBORAH ANN WHITE-STAUFFER,<br>    Debtors, | Chapter 13 |
| NEWREZ LLC DBA SHELLPOINT MORGAGE SERVICING (FKA SPECIALIZED LOAN SERVICING LLC) SERVICING AGENT FOR MEB LOAN TRUST III,<br><br>    Movant,<br><br>              v.<br><br>DENNIS LEE STAUFFER, and<br>DEBORAH ANN WHITE-STAUFFER, and<br>SCOTT F. WATERMAN, Trustee,<br>    Respondents. | |

CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on July 4, 2024, I served copies of Movant Newrez LLC dba Shellpoint Mortgage Servicing (fka Specialized Loan Servicing LLC) Servicing Agent for MEB Loan Trust VIII's Objection to Confirmation of Chapter 13 Plan filed May 30, 2024 upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| Dennis Lee Stauffer<br>Deborah Anne White -Stauffer<br>1703 Powell Street<br>Norristown, PA 19401 | JOSEPH L QUINN<br>Ross, Quinn & Ploppert, P.C.<br>192 S. Hanover Street<br>Suite 101<br>Pottstown, PA 19464 |
| SCOTT F. WATERMAN<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 |

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

*Counsel for Newrez LLC dba Shellpoint Mortgage Servicing (fka Specialized Loan Servicing LLC) Servicing Agent for MEB Loan Trust VIII*