Certificate Number: 05781-PAE-DE-038868574

Bankruptcy Case Number: 24-11844



05781-PAE-DE-038868574

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 15, 2024, at 2:39 o'clock PM PDT, Deborah Stauffer completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 15, 2024

By: /s/Allison M Geving

Name: Allison M Geving

Title: President