United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11844-amc |
| Dennis Lee Stauffer | Chapter 13 |
| Deborah Anne White -Stauffer | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 30, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14899317 | + Email/Text: bkelectronicnoticecourtmail@computershare.com<br>Oct 01 2024 00:17:00 | | MEB Loan Trust VIII, c/o Newrez LLC, dba Shellpoint Mortgage Servicing, (fka Specialized Loan Servicing LLC), 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Creditor Newrez LLC dba Shellpoint Mortgage Servicing (fka Specialized Loan Servicing LLC) Servicing Agent for MEB Loan Trust VIII CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Deborah Anne White -Stauffer CourtNotices@rqplaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 30, 2024 | Form ID: trc | Total Noticed: 1 |

JOSEPH L QUINN
    on behalf of Debtor Dennis Lee Stauffer CourtNotices@rqplaw.com

KERI P EBECK
    on behalf of Creditor Newrez LLC dba Shellpoint Mortgage Servicing (fka Specialized Loan Servicing LLC) Servicing Agent for MEB Loan Trust VIII kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 24-11844-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Dennis Lee Stauffer<br>1703 Powell Street<br>Norristown PA 19401 | Deborah Anne White -Stauffer<br>1703 Powell Street<br>Norristown PA 19401 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/29/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: MEB Loan Trust VIII, c/o Newrez LLC, dba Shellpoint Mortgage Servicing, (fka Specialized Loan Servicing LLC), 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111 | NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, South Carolina 29603-0826 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/02/24

Tim McGrath
**CLERK OF THE COURT**