UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13

Dennis Lee Stauffer | Bankruptcy No.24-11844-AMC
Deborah Anne White-Stauffer

Debtors

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 9th day of October, 2024, by first class mail upon those listed below:

Dennis Lee Stauffer
Deborah Anne White-Stauffer
1703 Powell Street
Norristown, PA  19401

**Electronically via CM/ECF System Only:**

ROSS, QUINN & PLOPPERT, P.C.
192 S. HANOVER STREET, SUITE 101
POTTSTOWN, PA  19464

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee