**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Dennis Lee Stauffer | : | Chapter 13 |
| and Deborah Anne White -Stauffer, | : | |
| Joint Debtors | : | Case No.: 24-11844-amc |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtors hereby certify that a true and correct copy of Debtors' proposed Second Amended Chapter 13 Plan dated and docketed November 6, 2024 was forwarded to the following parties, as follows:

*Via First Class Mail on November 6, 2024:*

All other creditors not otherwise served via ECF

*Via Electronic Filing (ECF) on November 6, 2024:*

Denise Elizabeth Carlon, Esquire on behalf of PennyMac Loan Services, LLC
bkgroup@kmllawgroup.com

Keri P Ebeck, Esquire on behalf of Newrez LLC dba Shellpoint Mortgage Servicing (fka Specialized Loan Servicing LLC) Servicing Agent for MEB Loan Trust VIII
kebeck@bernsteinlaw.com,
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Scott F. Waterman, Chapter 13 Trustee
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                          **ROSS, QUINN & PLOPPERT, P.C.**

                                    By:    */s/ Joseph Quinn*
                                                    Joseph Quinn, Esquire
                                                    Attorney I.D. No. 307467
                                                    192 S. Hanover Street, Suite 101
                                                    Pottstown, PA 19464
                                                    T: 610.323.5300
                                                    F: 610.323.6081
                                                    jquinn@rqplaw.com
Date: November 6, 2024                    Counsel for Debtors