UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: Dennis Lee Stauffer,<br>Deborah Anne White-Stauffer    Debtors | BK NO.24-11844-amc |
| MEB Loan Trust VIII<br>                Movant | Chapter 13 |
| | Hearing Date: 12/11/2025 |
| vs. | |
| Dennis Lee Stauffer,<br>Deborah Anne White-Stauffer,<br>Scott F. Waterman,<br>Trustee        Respondents | |

## OBJECTION OF MEB LOAN TRUST VIII TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN

MEB Loan Trust VIII (hereinafter Secured Creditor), objects to confirmation of Debtors' Amended Chapter 13 Plan and asserts in support of its Objection as follows:

1. Debtors' Amended Plan does not treat Creditor's prepetition arrearage claim of $15,437.96 as set forth in its Proof of Claim filed in this case on June 20, 204, as claim (4-1).

2. Accordingly, Confirmation of the Plan should be denied until Debtors amend the Plan to properly treat Creditor's claim.

3. Creditor reserves the right to raise any failure of Debtors to timely make all payments under the Plan or required by the Plan, if at the time of the confirmation hearing that appears to be the case.

4. WHEREFORE, the Secured Creditor, MEB Loan Trust VIII, prays that the Court deny confirmation of the Debtors' Plan.

Respectfully submitted,

Date: December 5, 2024

/s/Brian Nicholas_____
Brian Nicholas
Pennsylvania BAR NO.
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLC
325 Chestnut Street, Suite 725
Philadelphia, Pennsylvania, 19106
8489994640

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RE: Dennis Lee Stauffer**
**Deborah Anne White-Stauffer**
          **Debtors**

CHAPTER 13
BK. NO. 24-11844-amc

**MEB Loan Trust VIII**
          **Movant**
     **vs.**

**Dennis Lee Stauffer**
**Deborah Anne White-Stauffer**
**Scott F. Waterman,**
**Trustee**

**CERTIFICATION OF SERVICE**

    I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by firstclass mail, postage pre-paid, upon the parties listed below on **December 05, 2024.**

**Chapter 13 Trustee**
Scott F. Waterman [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
VIA ECF

**Attorney for Debtors**
Joseph L Quinn
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street
Suite 101
Pottstown, PA 19464
VIA ECF

**Debtors**
Dennis Lee Stauffer
Deborah Anne White -Stauffer
1703 Powell Street
Norristown, PA 19401
VIA U.S. MAIL

Dated: December 05, 2024

By: */s/Brian Nicholas*_____

Brian Nicholas
Attorney for Movant