United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 24-11844-amc
Dennis Lee Stauffer    Chapter 13
Deborah Anne White -Stauffer
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 3
Date Rcvd: Jul 03, 2025    Form ID: pdf900    Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis Lee Stauffer, Deborah Anne White -Stauffer, 1703 Powell Street, Norristown, PA 19401-3023 |
| cr | + | MEB Loan Trust VIII C/o NewRez LLC d/b/a Shellpoin, P.O. Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |
| 14892677 | + | Advanced Recovery Systems, 901 E 8th Ave #206, King of Prussia, PA 19406-1354 |
| 14892678 | + | Ambulnz Pennsylvania, 154 Hansen Sccess Road, King of Prussia, PA 19406-2404 |
| 14892683 | + | Critacuity Medical Group, 1240 S Broad Street, Suite 220, Lansdale, PA 19446-5395 |
| 14892685 | | Einstein, PO Box 789957, Philadelphia, PA 19178-9967 |
| 14892686 | | Einstein Medical Center Montgomery, PO Box 789742, Philadelphia, PA 19178-9742 |
| 14892687 | | Grand View Hospital, PO Box 397, Souderton, PA 18964-0397 |
| 14892688 | + | Grand View Medical Practices, PO Box 1111, Harleysville, PA 19438-0907 |
| 14911727 | | Hospitalist Medicine Physicians of Pennsylvania PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14892690 | | Jefferson Einstein Practice Plan, PO Box 780003, Philadelphia, PA 19178-0003 |
| 14892692 | + | Omnicare, LLC, PO BOX 713611, Cincinnati, OH 45271-3611 |
| 14895117 | + | PENNYMAC LOAN SERVICES, LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14892695 | + | Performance Spine & Sports Physicians, 1603 E High Street, Pottstown, PA 19464-5061 |
| 14892696 | + | Plymouth Community Ambulance Association, 902 Germantown Pike, Plymouth Meeting, PA 19462-7400 |
| 14892697 | + | S.E. PA Pain Management, Ltd, PO BOX 826499, Philadelphia, PA 19182-6499 |
| 14892699 | + | Suburban Geriatrics INC, 2901 Jolly Road, Plymouth Meeting, PA 19462-2324 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 04 2025 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 04 2025 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Jul 04 2025 00:02:00 | Newrez LLC dba Shellpoint Mortgage Servicing (fka, c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| 14914450 | + | Email/Text: BKRMailOps@weltman.com | Jul 04 2025 00:02:00 | American Heritage Credit Union, c/o Weltman, Weinberg & Reis Co LPA, 5990 West Creek Road, Suite 200, Independence, OH 44131-2191 |
| 14892679 | + | Email/Text: jvalencia@amhfcu.org | Jul 04 2025 00:02:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14892680 | ^ | MEBN | Jul 03 2025 23:58:47 | Asset Recovery Solutions, LLC, 2200 E. Devon Ave, Suite 200, Des Plaines, IL 60018-4501 |
| 14892681 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 04 2025 00:01:20 | Capital One, Attn: Bankruptcy, Po Box 30285, |

| | | | | |
|---|---|---|---|---|
| | | | | Salt Lake City, UT 84130-0285 |
| 14896932 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 04 2025 00:12:54 | Capital One N.A. by AIS InfoSource LP as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14896761 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 04 2025 00:12:05 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14892682 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 04 2025 00:02:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14897367 | | Email/Text: mrdiscen@discover.com | Jul 04 2025 00:01:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14892684 | + | Email/Text: mrdiscen@discover.com | Jul 04 2025 00:01:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14907413 | | Email/Text: rj@ffcc.com | Jul 04 2025 00:01:00 | First Federal Credit Control, Inc, 25700 Science Park Dr #370, Beachwood, OH 44122 |
| 14892689 | ^ | MEBN | Jul 03 2025 23:58:48 | Grimley Financial Corporation, 1415 Route 70 E Ste LL5, Cherry Hill, NJ 08034-2229 |
| 14892691 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 04 2025 00:12:43 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14899317 | ^ | MEBN | Jul 03 2025 23:59:18 | MEB Loan Trust VIII, c/o Newrez LLC, dba Shellpoint Mortgage Servicing, (fka Specialized Loan Servicing LLC), 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 14921126 | + | Email/Text: BankruptcyECFMail@mccalla.com | Jul 04 2025 00:02:00 | MEB Loan Trust VIII, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| 14931528 | | Email/Text: mtgbk@shellpointmtg.com | Jul 04 2025 00:01:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 14895045 | ^ | MEBN | Jul 03 2025 23:58:54 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14892693 | ^ | MEBN | Jul 03 2025 23:59:14 | Parker McCay, P.A., 9000 Midlantic Drive, Suite 300, PO Box 5054, Mount Laurel, NJ 08054-5054 |
| 14892694 | + | Email/PDF: ebnotices@pnmac.com | Jul 04 2025 00:23:52 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14911245 | + | Email/PDF: ebnotices@pnmac.com | Jul 04 2025 00:12:38 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14896986 | | Email/Text: bnc-quantum@quantum3group.com | Jul 04 2025 00:02:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 14897091 | | Email/Text: bnc-quantum@quantum3group.com | Jul 04 2025 00:02:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 2489, Kirkland, WA 98083-2489 |
| 14911778 | | Email/Text: bnc-quantum@quantum3group.com | Jul 04 2025 00:02:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14892698 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 04 2025 00:02:00 | Specialized Loan Servicing LLC, Attn: Bankruptcy, P.O. Box 630147, Littleton, CO 80163-0147 |
| 14892700 | + | Email/Text: bnc-thebureaus@quantum3group.com | Jul 04 2025 00:02:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

TOTAL: 27

Case 24-11844-amc    Doc 41    Filed 07/05/25    Entered 07/06/25 00:33:31    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 03, 2025 | Form ID: pdf900 | Total Noticed: 44 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MEB Loan Trust VIII brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Dennis Lee Stauffer CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Creditor Newrez LLC dba Shellpoint Mortgage Servicing (fka Specialized Loan Servicing LLC) Servicing Agent for MEB Loan Trust VIII CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Deborah Anne White -Stauffer CourtNotices@rqplaw.com |
| KERI P EBECK | on behalf of Creditor Newrez LLC dba Shellpoint Mortgage Servicing (fka Specialized Loan Servicing LLC) Servicing Agent for MEB Loan Trust VIII kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DENNIS LEE STAUFFER & : CHAPTER 13
DEBORAH ANNE WHITE- :
STAUFFER, :
DEBTORS : BANKRUPTCY No. 24-11844AMC

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or, (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326 (a)(2).

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN

Dated: July 3, 2025