UNITED STATES BANKRUPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:    Dennis Lee Stauffer and     |     Chapter 13
         Deborah Ann White-Stauffer |
                Debtor(s)           |     BK No. 24-11844-amc

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Dennis Lee Stauffer and Deborah Ann White-Stauffer, debtor in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on July 9, 2025 along with the Notice of Application and Certificate of Service were timely served on parties in interest on July 9, 2025.

3. A response deadline to the application was due on or before July 31, 2025.

4. As of August 14, 2025, no response to said Application has been received.

                                           **ROSS, QUINN & PLOPPERT, P.C.**

                                           By: */s/ Joseph L. Quinn*
                                                 Joseph L. Quinn, Esquire
                                                 Attorney for Debtor
                                                 Attorney I.D. No. 307467
                                                 192 S. Hanover Street, Suite 101
                                                 Pottstown, PA 19464
                                                 Ph: (610) 323-5300

Dated: <u>August 14, 2025</u>