| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-11844-AMC

Dennis Lee Stauffer  
Deborah Anne White-Stauffer  
1703 Powell Street  
Norristown  PA    19401

Petition Filed Date: 05/30/2024  
341 Hearing Date: 07/19/2024  
Confirmation Date:

Case Status: Dismissed Before Confirmation on 7/ 3/2025

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2024 | $205.00 | | 10/01/2024 | $313.00 | | 10/30/2024 | $313.00 | |
| 12/03/2024 | $313.00 | | 01/02/2025 | $313.00 | | 01/29/2025 | $313.00 | |
| 03/18/2025 | $321.99 | | 06/16/2025 | $650.00 | | | | |

**Total Receipts for the Period: $2,741.99    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,151.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA<br>»» 001 | Unsecured Creditors | $2,830.00 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP LLC<br>»» 002 | Unsecured Creditors | $3,053.23 | $0.00 | $0.00 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $16,527.21 | $0.00 | $0.00 |
| 4 | NEWREZ LLC  D/B/A<br>»» 004 | Mortgage Arrears | $15,437.96 | $0.00 | $0.00 |
| 5 | FIRST FEDERAL CREDIT CONTROL INC<br>»» 005 | Unsecured Creditors | $516.00 | $0.00 | $0.00 |
| 6 | PENNYMAC  LOAN SERVICES LLC<br>»» 006 | Mortgage Arrears | $346.68 | $0.00 | $0.00 |
| 7 | HOSPITALIST MEDICINE PHYSICIANS OF PA PC<br>»» 007 | Unsecured Creditors | $1,942.00 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC<br>»» 008 | Unsecured Creditors | $192.59 | $0.00 | $0.00 |
| 9 | AMERICAN HERITAGE CREDIT UNION<br>»» 009 | Unsecured Creditors | $6,042.18 | $0.00 | $0.00 |
| 10 | FIRST FEDERAL CREDIT CONTROL INC<br>»» 010 | Unsecured Creditors | $2,939.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11844-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,151.99 | Current Monthly Payment: | $313.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $267.08 | Total Plan Base: | $18,456.00 |
| Funds on Hand: | $2,884.91 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.